**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7082**

———————

JUDSON WARREN WHITE,

Plaintiff - Appellant,

versus

FRED MARSHALL, Chief of Police; BRAD RHINE-
HART, Officer; ERROLL RANDLE, Officer; CITY OF
CHARLESTON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Charleston.  Charles H. Haden II, Chief
District Judge.  (CA-97-213-2)

———————

Submitted:  January 5, 1999        Decided:  January 21, 1999

———————

Before WILKINS and MOTZ, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Judson Warren White, Appellant Pro Se.  John R. Teare, Jr., BOWLES,
RICE, MCDAVID, GRAFF & LOVE, Charleston, West Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Judson Warren White appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying his motion for clarification. We have reviewed the record and the district court's opinions accepting the magistrate judge's recommendations and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See White v. Rhinehart, No. CA-97-213-2 (S.D.W. Va. June 9, July 28 & Aug. 1, 1997). We deny White's motions for appointment of counsel and for leave to file additional exhibits as evidence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2